```
                 IN THE UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
```

United States of America,       :
                                :       HONORABLE JOSEPH E. IRENAS
                                :       CRIMINAL NO. 07-0098 (JEI)
           v.                   :
                                :
                                :       **ORDER GRANTING MOTION FOR EARLY**
John Hegarty.                   :       **TERMINATION OF PROBATION**
                                :

**APPEARANCES:**

Melinda D. Middlebrooks, Esq.
MIDDLEBROOKS SHAPIRO & NACHBAR, P.C.
1767 Morris Ave., Suite 2A
Union, New Jersey 07083

Scott McBride, Esq.
UNITED STATES OF AMERICA, DISTRICT OF NEW JERSEY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

**IRENAS**, Senior District Judge:

This matter having appeared before the Court on John Hegarty's Motion for Early Termination of Probation, the Court having considered the submissions of the parties and the United States Probation Office, and it appearing that:

(1) Defendant Hegarty was sentenced to eighteen months imprisonment, two years supervised release and a $100 special assessment for tax evasion.

(2) Hegarty was released from custody in November 28, 2008. He has be supervised in the District of New Jersey since that time and has never violated the conditions

        of his probation.

(3) Under 18 U.S.C. §§ 3564(c) and 3583(e)(1), This Court may terminate a term of probation in felony cases after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice.

(4) In light of the foregoing, including the Probation Office's determination that the offender is a suitable candidate for early termination of probation:

**IT IS** on this 23rd day of November, 2009, **ORDERED THAT**: Defendant Hegarty's Motion for Early Terminate of Probation is hereby **GRANTED**.

                                                          JOSEPH E. IRENAS, S.U.S.D.J.

cc: Christopher Maloney, Chief U.S. Probation Officer